# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Dale, Candy W. | District of Idaho | 05/02/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge--full-time | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

James A. McClure Federal Building and Courthouse
550 West Fort Street
Boise, Idaho 83724

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee (Director) and Chairperson of the Board | College of Idaho/non-profit liberal arts college |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dale, Candy W. | 05/02/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | Stoel Rives -- salary and bonus |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dale, Candy W. | 05/02/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Colby College | Tuition | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dale, Candy W. | 05/02/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Key Bank Accounts | A | Interest | M | T | | | | | |
| 2. Bank of America Accounts | A | Interest | J | T | | | | | |
| 3. Farmer's New World Life Ins | A | Interest | J | T | | | | | |
| 4. New York Life--whole #1 | B | Int./Div. | L | T | | | | | |
| 5. New York Life--whole #2 | A | Int./Div. | K | T | | | | | |
| 6. Master Retirement Trust | | None | M | T | | | | | |
| 7. TD Ameritrade IRA Account #1 | | | | | | | | | |
| 8. --DFA Five-Yr Global Portfolio Fund (DFGBX) | B | Interest | L | T | | | | | |
| 9. | A | Distribution | | | | | | | |
| 10. | B | Distribution | | | | | | | |
| 11. --Loomis & Sayles Bond Fund (LSBDX) | E | Interest | N | T | Buy (add'l) | 12/15/11 | J | | |
| 12. | C | Distribution | | | | | | | |
| 13. --DFA Emerging Market Social Core Equity (DFESX) | A | Dividend | K | T | | | | | |
| 14. --DFA Internat'l Small Cap Value (DISVX) | A | Dividend | J | T | | | | | |
| 15. | A | Distribution | | | | | | | |
| 16. | A | Distribution | | | | | | | |
| 17. --DFA Internat'l Value (DFIVX) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Dale, Candy W. | 05/02/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --DFA Large Cap Value (DFLVX) | B | Dividend | M | T | | | | | |
| 19. --DFA US Small Cap Equity (DFTSX) | A | Dividend | K | T | | | | | |
| 20. --DFA US Targeted Value I (DFFVX) | | | | | Sold | 01/04/11 | K | D | |
| 21. --PIMCO Total Return Bond Fund (PTTRX) | D | Interest | M | T | | | | | |
| 22. --DFA Global Real Estate Fund (DFGEX) | A | Dividend | K | T | | | J | | |
| 23. --DFA Inflation Protected Securities Fund (DIPSX) | B | Interest | L | T | Buy | 01/05/11 | K | | |
| 24. | A | Distribution | | | | | | | |
| 25. | A | Distribution | | | | | | | |
| 26. --TD Ameritrade Money Market Fund | A | Interest | J | T | | | | | |
| 27. TD Ameritrade Taxable Account #1 | | | | | | | | | |
| 28. --DFA Internat'l Core Equity Fund (DFIEX) | C | Dividend | M | T | | | | | |
| 29. --DFA US Core Equity Fund (DFEOX) | C | Dividend | N | T | Buy (add'l) | 05/02/11 | J | | |
| 30. --DFA Emerging Markets Core Equity (DFCEX) | B | Dividend | L | T | Buy (add'l) | 03/01/11 | J | | |
| 31. --DFA US Large Cap Value (DFLVX) | B | Dividend | L | T | Buy (add'l) | 02/01/11 | J | | |
| 32. | | | | | Buy (add'l) | 04/04/11 | J | | |
| 33. | | | | | Buy (add'l) | 06/01/11 | J | | |
| 34. | | | | | Buy (add'l) | 07/07/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market |
| | U =Book Value | V =Other | W =Estimated | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dale, Candy W. | 05/02/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --DFA International Small Cap Equity (DISVX) | B | Dividend | K | T | | | | | |
| 36. | A | Distribution | | | | | | | |
| 37. | A | Distribution | | | | | | | |
| 38. --DFA Tax Managed Small Cap Value Equity Fund (DTMVX) | A | Dividend | L | T | Buy | 01/04/11 | L | | |
| 39. --Vanguard Tax-Exempt Short Term Bond Fund (VWSTX) | A | Interest | K | T | | | | | |
| 40. --Vanguard Tax-Exempt Limited Term Bond Fund (VMLTX) | B | Interest | L | T | | | | | |
| 41. --EXXON Mobil (XOM) | B | Dividend | L | T | | | | | |
| 42. --International Business Machines (IBM) | A | Dividend | K | T | | | | | |
| 43. --Union Pacific Corp (UNP) | A | Dividend | K | T | | | | | |
| 44. --YUM Brands Inc (YUM) | A | Dividend | J | T | | | | | |
| 45. --Delaware Tax Free Idaho Cl A (VIDAX) | B | Dividend | L | T | | | | | |
| 46. --Idaho Muni Bond Bk | B | Interest | L | T | | | | | |
| 47. --Ada &Canyon Cnty ID Sch Dist | A | Interest | K | T | | | | | |
| 48. --Jefferson County Al Ltd | A | Interest | | | Sold | 08/29/11 | K | A | |
| 49. --Canyon Cnty Id Sch | B | Interest | K | T | | | | | |
| 50. --Fremont & Madison Cnty ID | B | Interest | K | T | | | | | |
| 51. --ID Hsg & Fin Assn | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dale, Candy W. | 05/02/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   --ID Hsg & Fin Assn | B | Interest | K | T | | | | | |
| 53.   --Moscow ID SWR Rev | B | Interest | K | T | | | | | |
| 54.   --Moscow ID SWR Rev | B | Interest | K | T | | | | | |
| 55.   --Boise State Unive Id Revs | A | Interest | J | T | | | | | |
| 56.   --Boise State Univ ID Revs | B | Interest | K | T | | | | | |
| 57.   --Boise City Urban Renewal AG | B | Interest | K | T | | | | | |
| 58.   --Canyon County ID SCH Dist#131 | B | Interest | K | T | | | | | |
| 59.   --Idaho BD BK Auth Rev Bds | A | Interest | J | T | | | | | |
| 60.   --Madison County ID Sch Dist No. 32 | A | Interest | K | T | | | | | |
| 61.   --Puerto Rico Elec Pwr Auth. | A | Interest | K | T | | | | | |
| 62.   --TD Ameritrade Money Market Fund | A | Interest | K | T | | | | | |
| 63.   TD Ameritrade Taxable Account #2 | | | | | | | | | |
| 64.   --TD Ameritrade Money Market Fund | A | Int./Div. | K | T | | | | | |
| 65.   --DFA Tax-Advantaged US Core Equity II (DFTCX) | A | Dividend | L | T | Buy (add'l) | 01/04/11 | J | | |
| 66. | | | | | Buy (add'l) | 02/01/11 | J | | |
| 67. | | | | | Buy (add'l) | 03/01/11 | J | | |
| 68. | | | | | Sold (part) | 09/14/11 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dale, Candy W. | 05/02/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 11/09/11 | K | | |
| 70. --DFA World Ex-US Core Equity (DFTWX) | A | Dividend | K | T | Buy (add'l) | 01/04/11 | J | | |
| 71. | | | | | Buy (add'l) | 02/01/11 | J | | |
| 72. | | | | | Buy (add'l) | 03/01/11 | J | | |
| 73. | | | | | Sold | 09/14/11 | K | A | |
| 74. | | | | | Buy | 11/09/11 | K | | |
| 75. -- DFA Global Equity I (DGEIX) | | | | | Buy | 09/14/11 | L | | |
| 76. | | | | | Sold | 11/09/11 | L | B | |
| 77. --PIMCO Total Return Bond Fund (PTTRX) | A | Interest | K | T | | | | | |
| 78. --Chipolte Mexicam Grill Inc (CMG) | | None | J | T | | | | | |
| 79. --Glaxosmithkline PLC (GSX) | A | Dividend | J | T | | | | | |
| 80. --McDonalds (MCD) | A | Dividend | K | T | | | | | |
| 81. --Delaware Tax Free ID CI A (VIDAX) | B | Interest | L | T | | | | | |
| 82. --Franklin Adjustable US Gov't Fund (FISAX) | A | Dividend | K | T | | | | | |
| 83. --Blackrock Intermediate (CIGAX) | A | Dividend | J | T | | | | | |
| 84. | A | Distribution | | | | | | | |
| 85. | A | Distribution | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dale, Candy W. | 05/02/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. --Idaho St. Bldg Auth Aldg Rev | A | Interest | J | T | | | | | |
| 87. --Puerto Rico Elec Pwr Auth Pwr | A | Interest | J | T | | | | | |
| 88. TD Ameritrade CSDN #1 | | | | | | | | | |
| 89. --DFA Tax-Advantaged US Core Equity II (DFTCX) | A | Dividend | | | Buy | 04/04/11 | J | | |
| 90. | | | | | Buy (add'l) | 05/02/11 | J | | |
| 91. | | | | | Buy (add'l) | 06/01/11 | J | | |
| 92. | | | | | Buy (add'l) | 07/07/11 | J | | |
| 93. --DFA World Ex-US Core Equity (DFTWX) | A | Dividend | | | Buy | 04/04/11 | J | | |
| 94. | | | | | Buy (add'l) | 05/02/11 | J | | |
| 95. | | | | | Buy (add'l) | 06/01/11 | J | | |
| 96. | | | | | Buy (add'l) | 07/07/11 | J | | |
| 97. --Chipolte Mexicam Grill Inc (CMG) | | | | | | | | | |
| 98. --Glaxosmithkline PLC (GSX) | A | Dividend | | | | | | | |
| 99. --McDonalds (MCD) | A | Dividend | | | | | | | |
| 100. --Delaware Tax Free ID Cl A (VIDAX) | B | Dividend | | | | | | | |
| 101. --Franklin Adjustable US Gov't Fund (FISAX) | A | Dividend | | | | | | | |
| 102. --Blackrock Intermediate (CIGAX) | A | Dividend | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dale, Candy W. | 05/02/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period — (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period — (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period — (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. --Idaho St. Bldg Auth Aldg Rev | A | Interest | | | | | | | |
| 104. --Puerto Rico Elec Pwr Auth Pwr | A | Interest | | | | | | | |
| 105. TD Ameritrade Money Market Fund | A | Int./Div. | | | Closed | 07/22/11 | J | | |
| 106. TD Ameritrade IRA #2 | | | | | | | | | |
| 107. --TD Ameritrade Money Market | A | Interest | K | T | | | | | |
| 108. --Wells Fargo Commodity Link CD | | None | K | T | | | | | |
| 109. --Duquesne Light Co. Bond | B | Interest | K | T | | | | | |
| 110. --GE Capital Medium Term Note | B | Interest | K | T | | | | | |
| 111. --All State Corp Debenture | B | Interest | K | T | | | | | |
| 112. --Mercury General Corp Notes | B | Interest | | | Matured | 08/15/11 | K | A | |
| 113. --Teco Finance Inc. Notes | B | Interest | K | T | | | | | |
| 114. --DFA International Small Cap (DISVX) | A | Dividend | K | T | | | | | |
| 115. | A | Distribution | | | | | | | |
| 116. | A | Distribution | | | | | | | |
| 117. --DFA Inflation Prot. Sec (DIPSX) | D | Dividend | M | T | | | | | |
| 118. | A | Distribution | | | | | | | |
| 119. | A | Distribution | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dale, Candy W. | 05/02/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  --DFA US Targeted Value (DFFVX) | A | Dividend | K | T | | | | | |
| 121. | A | Distribution | | | | | | | |
| 122.  --DFA US Large Cap Value (DFLVX) | A | Dividend | K | T | | | | | |
| 123.  --DFA International Value (DFIVX) | A | Dividend | J | T | | | | | |
| 124.  Hines Real Estate Account #1 | | | | | | | | | |
| 125.  --Hines Real Estate Inv Trust (HINES) | C | Dividend | L | T | | | | | |
| 126. | | | | | | | | | |
| 127. | | | | | | | | | |
| 128. | | | | | | | | | |
| 129. | | | | | | | | | |
| 130. | | | | | | | | | |
| 131. | | | | | | | | | |
| 132. | | | | | | | | | |
| 133. | | | | | | | | | |
| 134. | | | | | | | | | |
| 135. | | | | | | | | | |
| 136. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dale, Candy W. | 05/02/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | | | | | |
| 138. | | | | | | | | | |
| 139. | | | | | | | | | |
| 140. | | | | | | | | | |
| 141. | | | | | | | | | |
| 142. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Dale, Candy W. | 05/02/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII., Line 88, - all positions (which were not closed) from TD Ameritrade CSDN #1, were transfered into TD Ameritrade Taxable Account #2 on line 63, on 7/22/2011

VII, Line 113 - It was discovered when preparing this years report that Teco Finance Inc. Note                was mistakenly reported as sold on the 2010 report. This position was not sold and is reflected correctly on this year's report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Candy W. Dale**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544